No. 93. McKINNEY *v.* MISSOURI - KANSAS - TEXAS RAILROAD CO. ET AL. Certiorari, 353 U. S. 948, to the United States Court of Appeals for the Tenth Circuit. The motion to remove this case from the summary calendar is granted and a total of one hour and a half allowed for oral argument. *Solicitor General Rankin* for petitioner. *Sam Elson* was on the motion for the Brotherhood of Railway Clerks, respondent.

No. 395. UNITED STATES *v.* BESS; and

No. 410. BESS *v.* UNITED STATES. C. A. 3d Cir. Certiorari granted. *Solicitor General Rankin, Acting Assistant Attorney General Stull* and *A. F. Prescott* for the United States. *Morris J. Oppenheim* for petitioner in No. 410. Reported below: 243 F. 2d 675.

No. 396. BROWNELL, ATTORNEY GENERAL, *v.* QUAN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for petitioner.

No. 371. UNITED TOWING CO. ET AL. *v.* PHILLIPS, TRUSTEE. C. A. 5th Cir. Certiorari denied. *Claude T. Allen* for petitioners. Respondent *pro se.*

No. 386. WOODFORD *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.